■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE McCOLLUM, Appellant. [921 NYS2d 576]—Appeal from an order of the Ontario County Court (Frederick G. Reed, A.J.), dated March 23, 2010. The order denied defendant's petition to modify the determination that he is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order denying his petition pursuant to Correction Law § 168-*o* (2) seeking to modify the prior determination that he is a level three risk pursuant to the Sex Offender Registration Act (§ 168 *et seq.*). "We agree with County Court that defendant failed to meet his 'burden of proving the facts supporting the requested modification by clear and convincing evidence' " (*People v Higgins*, 55

AD3d 1303 [2008], quoting Correction Law § 168-o [2]; *see People v Cullen*, 79 AD3d 1677 [2010]). Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.